IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Daniel Dix,**

    Plaintiff,                        Case No. **3:09cv150**

vs.

                                           **JUDGMENT IN A CIVIL CASE**

**Commissioner of Social Security,**

    Defendant.

**Decision by Court.** This action came before the Court and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that the Commissioner's decision is affirmed and this case is dismissed.

                                                         IT IS SO ORDERED.

                                                    s/ Vernelis K. Armstrong
                                                  United States Magistrate Judge

  November 25, 2009                                          Geri M. Smith, Clerk of Court
      Date                                                                   Clerk

                                                                 s/ Pamela A. Armstrong
                                                                  (By) Deputy Clerk